1  MICHAEL T. LUCEY (SBN: 099927)
   mlucey@gordonrees.com
2  ALYSON S. CABRERA (SBN: 222717)
   acabrera@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA  94111
   Telephone:  (415) 986-5900
5  Facsimile:   (415) 986-8054

6  Attorneys for Defendant
   PERALTA COMMUNITY COLLEGE DISTRICT
7

8  ANNE-LEITH MATLOCK (SBN: 244351)
   anne-leith@matlocklawgroup.com
9  K. BRIAN MATLOCK (SBN: 243812)
   MATLOCK LAW GROUP, A Professional Corporation
10 1485 Treat Blvd., Suite 200
   Walnut Creek, CA 94597
11 Telephone:  (925) 944-7131
   Facsimile:   (925) 944-7138
12
   Attorneys for Plaintiff
13 TAUHEEDAH ABDUR-RASHEED

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17              OAKLAND DIVISION

18

19 TAUHEEDAH ABDUR-RASHEED            ) CASE NO.  CV 11-01744 SBA
                                      )
20            Plaintiff,               ) **PARTIES' STIPULATED**
                                      ) **REQUEST FOR CONTINUANCE**
21     vs.                             ) **OF CASE MANAGEMENT**
                                      ) **CONFERENCE AND [**PROPOSED**]**
22 PERALTA COMMUNITY COLLEGES (LANEY  ) **ORDER THEREON**
   COLLEGE)                           )
23                                    )
              Defendant.               )
24

25      The parties in the above referenced action hereby stipulate as follows:

26      Whereas Plaintiff filed this action in the San Jose Division of the Northern District of

27 California on April 8, 2011 in *pro per*.

28      Whereas on July 19, 2011, this action was transferred to the Oakland Division of the

-1-
Stipulated Request for Continuance of CMC and [Proposed] Order Thereon

Northern District of California, and assigned to Judge Armstrong.

Whereas on August 9, 2011, Judge Armstrong issued a Case Management Order setting a telephonic Case Management Conference for October 19, 2011.

Whereas on September 23, 2011, attorney Anne-Leith Matlock filed a notice of appearance in this action as counsel for Plaintiff.

Whereas counsel for the parties met and conferred by telephone on September 27 and October 5, 2011;

Whereas Plaintiff agreed to file an Amended Complaint by October 28, 2011;

Whereas Defendant agreed to file a Responsive Pleading by November 18, 2011;

Whereas October 7, 2011, is the last day for the parties to request a continuance of the upcoming telephonic Case Management Conference;

The parties hereby request that the telephonic Case Management Conference scheduled for October 19, 2011 be continued to November 23, 2011 or to the next available date that is convenient for the Court.

Dated: October 5, 2011                           GORDON & REES LLP


                                                 By:    /s/ Alyson Cabrera
                                                        Alyson Cabrera
                                                        Attorneys for Defendant
                                                        PERALTA COMMUNITY COLLEGE
                                                        DISTRICT

Dated: October 6, 2011                           MATLOCK LAW GROUP


                                                 By:    /s/ Anne-Leith Matlock
                                                        Anne-Leith Matlock
                                                        K. Brian Matlock
                                                        Attorneys for Plaintiff
                                                        TAUHEEDAH ABDUR-RASHEED

///

///

///

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

### [~~PROPOSED~~] ORDER RE PARTIES' STIPULATED
### REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

Pursuant to the stipulation of the Parties, the telephonic Case Management Conference scheduled for October 19, 2011 is hereby continued to the following date and time:

**December 14, 2011 at 3:30 p.m.**

Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559. At least seven (7) days prior to the Case Management Conference, Plaintiff's counsel shall file a **joint** case management statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.

IT IS SO ORDERED.

Dated: 10-6-11

_____
Judge Saundra Brown Armstrong

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

ASCI/1069845/10867619v.1

-3-
Stipulated Request for Continuance of CMC and [Proposed] Order Thereon