1  MICHAEL T. LUCEY  (SBN:  099927)
   mlucey@gordonrees.com
2  ALYSON S. CABRERA  (SBN: 222717)
   acabrera@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA  94111
   Telephone:  (415) 986-5900
5  Facsimile:   (415) 986-8054

6  Attorneys for Defendant
   PERALTA COMMUNITY COLLEGE DISTRICT
7

8  K. BRIAN MATLOCK (SBN: 243812)
   ANNE-LEITH MATLOCK (SBN: 244351)
9  anne-leith@matlocklawgroup.com
   MATLOCK LAW GROUP, A Professional Corporation
10 1485 Treat Blvd., Suite 200
   Walnut Creek, CA 94597
11 Telephone: (925) 944-7131
   Facsimile:  (925) 944-7138
12

13 Attorneys for Plaintiff
   TAUHEEDAH ABDUR-RASHEED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TAUHEEDAH ABDUR-RASHEED | CASE NO.  CV 11-01744 SBA |
| Plaintiff, | **PARTIES' STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON** |
| vs. | |
| PERALTA COMMUNITY COLLEGES (LANEY COLLEGE) | |
| Defendant. | |

The parties in the above-referenced action hereby stipulate as follows:

Whereas lead counsel for Defendant Peralta Community College District in this action is currently in trial in San Mateo Superior Court (Ward v. Future US, Inc., Case No. CIV 499944), which is anticipated to last through December 16, 2011;

-1-
Stipulated Request for Continuance of CMC and [Proposed] Order Thereon

Whereas lead defense counsel is unlikely to be able to attend the Case Management Conference or to prepare a meaningful Case Management Conference statement if a continuance is not granted;

The parties hereby request a continuance of the Case Management Conference to January 19, 2012, January 25, 2012 or January 26, 2012, whichever is most convenient for the Court;

It is so stipulated.

Dated: December 6, 2011                    GORDON & REES LLP


                                           By:    /s/ Alyson Cabrera
                                                  Alyson Cabrera
                                                  Attorneys for Defendant
                                                  PERALTA COMMUNITY COLLEGE
                                                  DISTRICT


Dated: December 6, 2011                    MATLOCK LAW GROUP


                                           By:    /s/ Anne-Leith Matlock
                                                  K. Brian Matlock
                                                  Anne-Leith Matlock
                                                  Attorneys for Plaintiff
                                                  TAUHEEDAH ABDUR-RASHEED

**[PROPOSED] ORDER RE PARTIES' STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

Pursuant to the parties' stipulation, the CMC is hereby continued to: February 2, 2012 at 3:15 p.m. Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date. Plaintiff's counsel is to set up the conference call with all the parties on

-2-
Stipulated Request for Continuance of CMC and [Proposed] Order Thereon

1   the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS
2   DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.
3        IT IS SO ORDERED.

4
    Dated: 12-7-11                              *Saundra B Armstrong*
5                                               Judge Saundra Brown Armstrong