MICHAEL T. LUCEY (SBN: 099927)
mlucey@gordonrees.com
ALYSON S. CABRERA (SBN: 222717)
acabrera@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT

K. BRIAN MATLOCK (SBN: 243812)
ANNE-LEITH MATLOCK (SBN: 244351)
anne-leith@matlocklawgroup.com
MATLOCK LAW GROUP, A Professional Corporation
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Telephone: (925) 944-7131
Facsimile: (925) 944-7138

Attorneys for Plaintiff
TAUHEEDAH ABDUR-RASHEED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| TAUHEEDAH ABDUR-RASHEED ) | CASE NO. CV 11-01744 SBA |
| ) | |
| Plaintiff, ) | **PARTIES' STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON** |
| vs. ) | |
| ) | |
| PERALTA COMMUNITY COLLEGES (LANEY COLLEGE) ) | |
| ) | |
| Defendant. ) | |

The parties in the above-referenced action hereby stipulate as follows:

Whereas lead counsel for Defendant Peralta Community College District in this action is currently in trial in San Mateo Superior Court (Ward v. Future US, Inc., Case No. CIV 499944), which is anticipated to last through December 16, 2011;

Whereas lead defense counsel is unlikely to be able to attend the Case Management Conference or to prepare a meaningful Case Management Conference statement if a continuance is not granted;

The parties hereby request a continuance of the Case Management Conference to January 19, 2012, January 25, 2012 or January 26, 2012, whichever is most convenient for the Court;

It is so stipulated.

Dated:  December 6, 2011                                   GORDON & REES LLP


                                                           By:   /s/ Alyson Cabrera
                                                                 Alyson Cabrera
                                                                 Attorneys for Defendant
                                                                 PERALTA COMMUNITY COLLEGE
                                                                 DISTRICT

Dated:  December 6, 2011                                   MATLOCK LAW GROUP


                                                           By:   /s/ Anne-Leith Matlock
                                                                 K. Brian Matlock
                                                                 Anne-Leith Matlock
                                                                 Attorneys for Plaintiff
                                                                 TAUHEEDAH ABDUR-RASHEED

## [PROPOSED] ORDER RE PARTIES' STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

Pursuant to the parties' stipulation, the CMC is hereby continued to:  <u>February 2, 2012 at 3:15 p.m.</u>  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date.  Plaintiff's counsel is to set up the conference call with all the parties on

Stipulated Request for Continuance of CMC and [Proposed] Order Thereon

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

1  the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS
2  DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.
3           IT IS SO ORDERED.

4
5  Dated: 12-7-11                              _____
                                                Judge Saundra Brown Armstrong

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111