§AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

| Abdur Rasheed | |
|---|---|
| Plaintiff(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| Peralta Community Colleges | CASE NUMBER: C-11-01744 SBA |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, __Tauheedah Abdur-Rasheed__ substitutes
(Party (s) Name)

__Spencer C. Young__, State Bar No. __236593__ as counsel of record in
(Name of New Attorney)

place of __Anne-Leith Matlock__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Spencer C. Young

Address: 235 Hillside Avenue, Piedmont, CA 94611

Telephone: (510) 652-8751    Facsimile: (510) 652-8751

E-Mail (Optional): spencer@spenceryounglaw.com

I consent to the above substitution.
Date: 7/24/2012                                   _T. Abdur-Rasheed_
                                                  (Signature of Party (s))

I consent to being substituted.
Date: 7/23/2012                                   _[signature]_
                                                  (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/23/2012                                   _[signature]_
                                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 8/13/12                                     _Saundra B Armstrong_
                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]