ALYSON S. CABRERA  (SBN: 222717)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
acabrera@gordonrees.com
Telephone:  (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT

SPENCER C. YOUNG (SBN 236593)
LAW OFFICES OF SPENCER C. YOUNG
235 Hillside Avenue
Piedmont, CA  94611
spencer@spenceryounglaw.com
Telephone:  (510) 652-8751
Facsimile:  (510) 652-8751

Attorneys for Plaintiff
TAUHEEDAH ABDUR-RASHEED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| TAUHEEDAH ABDUR-RASHEED | CASE NO.  CV 11-01744 SBA |
| Plaintiff, | **PARTIES' STIPULATED REQUEST FOR CONTINUANCE OF ADR DEADLINE AND ORDER THEREON** |
| vs. | |
| PERALTA COMMUNITY COLLEGES (LANEY COLLEGE) | |
| Defendant. | |

Defendant PERALTA COMMUNITY COLLEGE DISTRICT and Plaintiff TAUHEEDAH ABDUR RASHEED ("the parties") respectfully request and stipulate to a continuance of the October 9, 2012 ADR deadline as follows:

WHEREAS the Court issued a Consent Order Granting Substitution of Attorney on August 13, 2012;

WHEREAS Plaintiff's deposition is scheduled for September 20, 2012;

- 1 -

1    WHEREAS Plaintiff's counsel intends to take at least one deposition thereafter;

2    WHEREAS the parties require additional time to conduct discovery and meaningfully
3 evaluate the case for settlement;

4    WHEREAS the PERALTA COMMUNITY COLLEGE DISTRICT requires additional
5 time to obtain settlement authority from its Governing Board;

6    WHEREAS the parties attended a conference call with court-appointed mediator Amy
7 Levine on September 13, 2012 and informed her of the need for the instant continuance;

8    WHEREAS the trial of this matter is not scheduled to commence until July 9, 2013;

9    The parties respectfully request a 90 day continuance of the ADR deadline to January 7,
10 2013.

Dated:  September 13, 2012          GORDON & REES LLP

                                    By:  /s/ Alyson S. Cabrera
                                         Alyson S. Cabrera
                                         Attorneys for Defendant
                                         PERALTA COMMUNITY COLLEGE
                                         DISTRICT

Dated:  September 14, 2012          LAW OFFICES OF SPENCER C. YOUNG

                                    By:  /s/ Spencer C. Young
                                         Spencer C. Young
                                         Attorneys for Plaintiff
                                         TAUHEEDAH ABDUR-RASHEED

**ORDER**

Pursuant to the parties' stipulation and request for continuance of the October 9, 2012 ADR deadline, the Court hereby continues the ADR deadline to January 7, 2013.

**IT IS SO ORDERED.**

Dated:_9/17/12                      _Sandra B. Armstrong_