ALYSON S. CABRERA (SBN: 222717)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
acabrera@gordonrees.com
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
PERALTA COMMUNITY COLLEGE DISTRICT

SPENCER C. YOUNG (SBN 236593)
LAW OFFICES OF SPENCER C. YOUNG
235 Hillside Avenue
Piedmont, CA 94611
spencer@spenceryounglaw.com
Telephone: (510) 652-8751
Facsimile: (510) 652-8751

Attorneys for Plaintiff
TAUHEEDAH ABDUR-RASHEED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TAUHEEDAH ABDUR-RASHEED<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PERALTA COMMUNITY COLLEGES (LANEY COLLEGE)<br><br>　　　　　　Defendant. | CASE NO. CV 11-01744 SBA<br><br>**PARTIES' STIPULATED REQUEST FOR CONTINUANCE OF ADR DEADLINE AND ORDER THEREON** |

　　　　Defendant PERALTA COMMUNITY COLLEGE DISTRICT and Plaintiff TAUHEEDAH ABDUR RASHEED ("the parties") respectfully request and stipulate to a continuance of the October 9, 2012 ADR deadline as follows:

　　　　WHEREAS the Court issued a Consent Order Granting Substitution of Attorney on August 13, 2012;

　　　　WHEREAS Plaintiff's deposition is scheduled for September 20, 2012;

- 1 -

1  WHEREAS Plaintiff's counsel intends to take at least one deposition thereafter;

2  WHEREAS the parties require additional time to conduct discovery and meaningfully
3  evaluate the case for settlement;

4  WHEREAS the PERALTA COMMUNITY COLLEGE DISTRICT requires additional
5  time to obtain settlement authority from its Governing Board;

6  WHEREAS the parties attended a conference call with court-appointed mediator Amy
7  Levine on September 13, 2012 and informed her of the need for the instant continuance;

8  WHEREAS the trial of this matter is not scheduled to commence until July 9, 2013;

9  The parties respectfully request a 90 day continuance of the ADR deadline to January 7,
10  2013.

11

12  Dated: September 13, 2012        GORDON & REES LLP

13

14                        By:  /s/ Alyson S. Cabrera
                              Alyson S. Cabrera
15                            Attorneys for Defendant
                              PERALTA COMMUNITY COLLEGE
16                            DISTRICT

17  Dated: September 14, 2012        LAW OFFICES OF SPENCER C. YOUNG

18

19                        By:  /s/ Spencer C. Young
                              Spencer C. Young
20                            Attorneys for Plaintiff
                              TAUHEEDAH ABDUR-RASHEED
21

22                              **ORDER**

23  Pursuant to the parties' stipulation and request for continuance of the October 9, 2012
24  ADR deadline, the Court hereby continues the ADR deadline to January 7, 2013.

25  **IT IS SO ORDERED.**

26

27  Dated:_9/17/12        _____ [signature: Saundra B. Armstrong]

28

- 2 -

PARTIES' STIPULATED REQUEST FOR CONTINUANCE OF ADR DEADLINE AND [PROPOSED]
ORDER THEREON                                        Case No. CV 11-01744 SBA

ASCI/1069845/13580073v.1

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111